UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MELANIE SYKES, *on behalf of herself and all others similarly situated*, :
:
                       Plaintiff, :     23-CV-7210 (JMF)
:
   -v- :
:
TSG INTERACTIVE US SERVICES LIMITED d/b/a POKERSTARS, :
:
                       Defendant. :
------------------------------------------------------------------------X
:
BRIAN TUCKER, *individually and on behalf of all others similarly situated*, :
:
                       Plaintiff, :     23-CV-7265 (JMF)
:
   -v- :     <u>ORDER</u>
:
TSG INTERACTIVE US SERVICES LIMITED CORP. d/b/a POKERSTARS, :
:
                       Defendant. :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 15, 2023, Plaintiff Melanie Sykes filed a complaint in 23-CV-7210. On August 16, 2023, Plaintiff Brian Tucker filed a similar complaint in 23-CV-7265. On August 14, 2023, the Court noted that "no motion for consolidation has been filed, but 23-CV-7265 has been deemed related to 23-CV-7210, and the cases appear to involve common questions of law and fact." ECF No. 14. Therefore, the Court explained that it was "inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes," set a deadline for

objections of September 21, 2023, and ruled that if no objections were filed, it would "consolidate the two cases without further notice to the parties." *Id.*

On September 20, 2023, Defendant filed a letter stating that it did not oppose consolidation. No other letters relating to consolidation have been filed. Therefore, it is hereby ORDERED that the two above-captioned cases are consolidated under 23-CV-7210.

In addition, on September 17, 2023, Plaintiffs filed a motion to appoint Jeff Ostrow, Gary M. Klinger, and Rachel Dapeer as Interim Co-Lead Class Counsel pursuant to Fed. R. Civ. P. 23(g). ECF No. 15. The Court deferred setting a setting of a briefing schedule for that motion until the consolidation issue was resolved. ECF No. 18. It is now hereby ORDERED that any other members of the purported class have until **September 29, 2023**, to move the Court to serve as lead plaintiffs. It is further ORDERED that opposition to any motion for appointment of lead plaintiff — including the already filed motion — shall be served and filed by **October 6, 2023**.

The Clerk of Court is directed to file this order in both cases, consolidate 23-CV-7210 and 23-CV-7265 under case number 23-CV-7210, and close 23-CV-7265.

SO ORDERED.

Dated: September 22, 2023
      New York, New York

                                              JESSE M. FURMAN
                                         United States District Judge